# Trustee's Preferred Methodology For Document Turnover

| **Trustee** | **Preferred Method for Turnover** | **Trustee's Contact Information** |
|---|---|---|
| **Louisville** | | |
| William Stephen Reisz | Electronic documents via email | TrusteeReisz@gmail.com |
| Michael E. Wheatley | Electronic documents via email; Paper documents or documents on CD/DVD via mail; NO FAXES | 2 Anchorage Pointe, Louisville, KY 40223<br>502−744−6484<br>mwheatley@insightbb.com |
| Gordon A. Rowe, Jr. | Via DocLink; Electronic Documents accepted for *pro se* debtors; NO FAXES. | Starks Bldg. Suite 1430, 455 S 4th St, Louisville, KY 40202<br>gartrusteedocs@aol.com; 502−584−0555 |
| Robert W. Keats | Paper documents; electronic documents via email; NO FAXES | PO Box 221377 Louisville, KY 40252−1377; 502−587−8787;<br>rkeats@bellsouth.net |
| William W. Lawrence | Electronic documents via email only | wlch7ecf@gmail.com |
| Marque Carey | Electronic documents via email | marquecareytrustee@aol.com |
| William J. Clarke | Via DocLink<br>Electronic format via email | www.doclink.bms7.com<br>willclarketrustee@bellsouth.net |
| **Paducah** | | |
| Mark Little | Via BlueStylus | trustee@littlelawky.com |
| Deborah B. Simon | Via Epiq DocumentDelivery | www.documentdelivery.epiqsystems.com |
| **Bowling Green** | | |
| Jerry A. Burns | Via DocLink<br>Via email, by Adobe Acrobat & Bookmarked | www.doclink.bms7.com<br>burnstrustee@bellsouth.net |
| Mark H. Flener | Via DocLink<br>Electronic format via email | www.doclink.bms7.com<br>mflener@bellsouth.net<br>deannalancaster@bellsouth.net |
| Alicia C. Johnson | Via DocLink<br>Electronic format via email | www.doclink.bms7.com<br>bkalicia@hotmail.com<br>bk_bruce@hotmail.com<br>KY52@ecfcbis.com |
| **Owensboro** | | |
| Roberta Dunlap | Electronic format via email | rdunlaptrustee@dunlapnesmith.com |
| Russ Wilkey | Electronic format | twilkey@wilkeylaw.com |
| Harry L. Mathison | Prefer emailed documents | hmathison@kdblaw.com |

United States Bankruptcy Court
Western District of Kentucky

In re:
Deborah Sue Foley
Debtor

Case No. 17-10106-jal
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0644-1 User: sgreathou Page 1 of 1 Date Rcvd: Feb 10, 2017
Form ID: 254 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2017.
db +Deborah Sue Foley, P.O. Box 1006, Columbia, KY 42728-6006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2017 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2017 at the address(es) listed below:
Alicia C. Johnson bkalicia@hotmail.com, bk_bruce@hotmail.com;KY52@ecfcbis.com
Charles R. Merrill ustpregion08.lo.ecf@usdoj.gov
Michael L. Harris on behalf of Debtor Deborah Sue Foley laurahharris@earthlink.net
TOTAL: 3