**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Deborah Sue Foley AKA Deborah S. Foley, AKA Debbie Foley, AKA Debbie S. Foley** | : | **Case No.: 17-10106** |
| | : | **Chapter 7** |
| | : | **Judge Joan A. Lloyd** |
| | : | * * * * * * * * * * * * * * * * * * * * * |
| **Debtor.** | : | |

**ENTRY SUSTAINING MOVANT'S MOTION FOR RELIEF FROM STAY AND PROPOSED ABANDONMENT OF PROPERTY AS TO 716 MACK ST, COLUMBIA, KY 42728**

For good cause shown, Nationstar Mortgage LLC, its successor and assigns (hereinafter "Movant")'s Motion for Relief from Stay is hereby granted.

The Court finds that Movant filed a motion that requested the Trustee be ordered to abandon his interest in the real property located at 716 Mack St, Columbia, KY 42728.

The Court finds that Trustee has not filed a written objection to the taking of the proposed action.

Therefore, it is ORDERED that the Trustee abandon his interest in the real property.

The Court finds that Movant filed a motion that requested relief pursuant to 11 U.S.C. § 362 so that it could accelerate the debt owed by Debtor herein and foreclose its mortgage on real property located at 716 Mack St, Columbia, KY 42728 (hereinafter "Real Estate"), and otherwise pursue Movant's contractual and state law remedies.

The Court further finds that Debtor has not timely filed a written objection to the taking of the proposed action.

Therefore, pursuant to 11 U.S.C. § 362, it is ORDERED that the stay that issued in this action is terminated with respect to Movant, its successors and assigns.

Movant is hereby permitted to take any and all actions necessary to accelerate the balance due on the obligation, to foreclose its mortgage, to sell the collateral in accordance with state law, to apply the net proceeds to this obligation, and to otherwise exercise its contractual and state law rights as to the Real Property.

Joan A. Lloyd
United States Bankruptcy Judge
Dated: May 1, 2017

Submitted by:

/s/ Amy E. Gardner

Amy E. Gardner (KBA #93532)
John R. Cummins (84631)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Amy E. Gardner.
Contact email is aeg@manleydeas.com

Copies to:

Amy E. Gardner, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028 Columbus, OH 43216-5028 (notified by ecf)

Office of U.S. Trustee, Western District of Kentucky, Party of Interest, 601 West Broadway, #512, Louisville, KY 40202 (notified by ecf)

Alicia C. Johnson, Chapter 7 Trustee, PO Box 1654, Russellville, KY 42276 (notified by ecf)

Michael L Harris, Attorney for Debtor, 204 Public Square, PO Box 459, Columbia, KY 42728 (notified by ecf)

Deborah Sue Foley AKA Deborah S. Foley, AKA Debbie Foley, AKA Debbie S. Foley Debtor, P.O. Box 1006, Columbia, KY 42728 (notified by regular US Mail)

Leon Foley and Deborah Sue Foley AKA Deborah S. Foley, AKA Debbie Foley, AKA Debbie S. Foley, Debtor, 716 Mack St, Columbia, KY 42728 (notified by regular US Mail)